UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION NO. 09-143-P** |
| **VERSUS** | **JUDGE STAGG** |
| **JAMES M. LEBLANC, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

REPORT AND RECOMMENDATION

In accordance with the standing order of this Court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

STATEMENT OF CLAIM

Before the Court is a civil rights complaint filed in forma pauperis by pro se plaintiff Baron Johnson ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on January 22, 2009. Plaintiff claims his civil rights were violated by prison officials while incarcerated at the David Wade Correctional Center in Homer, Louisiana. . He names numerous defendants including the Louisiana Department of Public Safety and Corrections, James M. LeBlanc, Lonnie Nail, Tommy Garrett, Earl Benson, Judy Lofton, Karen Bays, Antonio Turner, David Wade Correctional Center mail room, Jamie Fussell, Jackie Tucker, Becky Moss, Jerry Goodwin, Curt Wainwright, Mike Robinson, Major Christian, Earl Banks, Nurse Pigage, Karen White, Joel Williams, Jeffery Jackson, Karen Hoyle, Jackie Hamel, Michelle Dauzat, Nikki McCoy,

Steve Hayden, Kathy Smith, Bill Gray, Louis Hamilton, Danny Mills, Brad Rogers, Melvin Compton, and Dr. Anita Fly.

Plaintiff was ordered on September 11, 2009, to file, within 30 days of the service of the order, an amended complaint. (Doc. 31). To date, Plaintiff has not filed an amended complaint.

Accordingly;

**IT IS RECOMMENDED** that this complaint be **DISMISSED WITHOUT PREJUDICE**, sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the Court and under the Court's inherent power to control its own docket. See Link v. Wabash Railroad Company, 370 U.S. 626, 82 S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1983).

**OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within ten (10) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal

the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party. See Douglas v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 29th day of January, 2010.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE